Docusign Envelope ID: AF807B80-1045-88FB-80F4-DCF89796F548

**JULIE PARRISH,** OSB No. 233864
jparrish@kelrun.com
**THOMAS R. RASK, III** OSB No. 934031
trask@kelrun.com
Kell, Alterman & Runstein, L.L.P.
520 SW Yamhill Street, Suite 600
Portland, OR  97204
Telephone:  503-222-3531
Fax:  503-227-2980
Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## PORTLAND DIVISION

RIGHT TO VOTE ON THE GAS TAX PAC, an Oregon political action committee; VIRGINIA HALL, an individual, MICHAEL FIRESTONE, an individual; PAUL RUMMELL, an individual; BEN ROCHE, an individual; JANE DOES, individually; and JOHN DOES, individually,

Plaintiffs,

vs.

TOBIAS READ, in his official capacity as the Secretary of State for the State of Oregon,

Defendant.

Case No.  3:26-cv-_____

**DECLARATION OF EDWIN DIEHL**

I, Edwin Diehl, declare and state as follows:

1.    I am over eighteen (18) years of age.  I make this declaration upon personal knowledge, and I am competent to testify about the matters contained herein.  The following is true to the best of my knowledge and belief.

/ / / /

Page 1 - DECLARATION OF EDWIN DIEHL OF LINN COUNTY

KELL, ALTERMAN & RUNSTEIN, L.L.P.
ATTORNEYS AT LAW
520 SW YAMHILL, SUITE 600
PORTLAND, OR 97204
TELEPHONE (503) 222-3531
FACSIMILE (503) 227-2980

Docusign Envelope ID: AF807B80-1045-88FB-80F4-DCF89796F548

2.      I am a resident of Linn County, Oregon, and have been so continuously during the time period covered by the events in this matter.

3.      I am an active registered voter qualified to vote in the State of Oregon, and I have a current voter registration that is maintained by Defendant in his role as the Secretary of State of Oregon.

4.      As a voter and taxpayer, I was opposed to House Bill 3991, the $4.3 billion dollar transportation package passed by the Oregon Legislature during the Legislature's first Special Session in 2025.  The bill contained increases in gas taxes, vehicle registration fees and payroll taxes.

5.      As a voter and taxpayer, I joined with co-petitioners Bruce Starr and Jason Williams to put the tax-raising provisions of House Bill 3991 to a vote by an Article IV, Section 1(3)(a) direct legislation referendum.

6.      As a voter and taxpayer, I supported Referendum 2026-302 – now Measure 120 – and I signed the petition as a voter and as a circulator.

7.      I did not support House Bill 1599A which moved Measure 120 from the November 3, 2026 general election to the May 19, 2026 primary election because doing so would not afford me enough time to get my measure statements in opposition to Measure 120 filed via petition in lieu of a $1,200 fee to the Secretary of State.

8.      I was a litigant in *Right to Vote v. Read*, case no. 26cv10890 in Marion County, which is still an active litigation matter on purely state law claims, unrelated to the federal claims brought forth in this action based on purely federal law claims.

9.      I am aware from my role as a Petitioner Plaintiff in the state case that as of the filing deadline, there were 88 measure arguments submitted after Senate Bill 1599A became law on March 2, 2026, and that only 35 of them will be published by Secretary Read in the voters' pamphlets as a result of the truncated timeline set forth in his emergency rules and by the directives in Senate Bill 1599A.

Page 2 - DECLARATION OF EDWIN DIEHL OF LINN COUNTY

KELL, ALTERMAN & RUNSTEIN, L.L.P.
ATTORNEYS AT LAW
520 SW YAMHILL, SUITE 600
PORTLAND, OR 97204
TELEPHONE (503) 222-3531
FACSIMILE (503) 227-2980

Docusign Envelope ID: AF807B80-1045-88FB-80F4-DCF89796F548

10. I am aware in my role as a state lawmaker that Secretary Read put the Legislature on notice that the issues in this lawsuit were not speculative, as he warned lawmakers twice.

11. One of Secretary Read's warnings was a memo to lawmakers prior to the state of the February 2026 session that drew a line in the sand that the drop-dead date to make the move of the referendum from November to May had to occur by February 25, 2026.

12. The other of Secretary Read's warnings was an email to presiding officers of the Legislature on February 25, 2026, that though he might still be able to make the deadlines to move the referendum from November to May, it came at a risk of harming fee-free access to the section of the voters' pamphlet reserved for pure political speech.

13. When Senate Bill 1599A became law, I timely filed a paid measure statement using a personal contribution of funds. However, I am aware of other politicians who filed an argument and did so using political action committee funds. The availability of these pac funds is not something the average voter would have access to because (a) they are not actively running for office or are elected officials and (b) Oregon's political tax credit – a dollar for dollar tax credit for most tax filers – is only available for people contributing to a political action committee, not engaging in individual political speech. The availability of pac funds to some filers creates a unique advantage to those who can raise funds using state general fund subsidized political tax credit money.

14. Because of the time constraints set forth in Senate Bill 1599A, I did not elect to file a petition in lieu of fee, but I am aware that there as many as 52 Oregonians who did, some of whom are likely plaintiffs in the state *Right to Vote v. Read* case, and others who are signers and/or circulators of the referendum.

15. As a co-petitioner of Right to Vote, I'm representing the committee because Right to Vote is seeking relief for those 52 argument filers because Secretary Read had already approved their petition templates, and the procedures and process did not afford them the

////

Page 3 - DECLARATION OF EDWIN DIEHL OF LINN COUNTY

KELL, ALTERMAN & RUNSTEIN, L.L.P.
ATTORNEYS AT LAW
520 SW YAMHILL, SUITE 600
PORTLAND, OR 97204
TELEPHONE (503) 222-3531
FACSIMILE (503) 227-2980

Docusign Envelope ID: AF807B80-1045-88FB-80F4-DCF89796F548

opportunity to access the free speech portion of the voters' pamphlet reserved for pure political speech.

16.    I was a declaration-filer in the *Mary Martin v. Read* matter filed in this Court and by representing the interests of fee-free petition filers, including plaintiffs like Virgina Hall who are similarly situated to Mary Martin, Right to Vote would like to see those individuals have access to the voters' pamphlet.

17.    As part of a public records request, through counsel, Right to Vote asked for but has not received the names of the would-be speakers whose voice was denied in the voters' pamphlet by Secretary Read's rules and procedures.

**I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.**

Dated    3/17/2026

Signed by:

3DB6DD62D348482

Edwin Diehl, Linn County

Page 4 -  DECLARATION OF EDWIN DIEHL OF LINN COUNTY

KELL, ALTERMAN & RUNSTEIN, L.L.P.
ATTORNEYS AT LAW
520 SW YAMHILL, SUITE 600
PORTLAND, OR 97204
TELEPHONE (503) 222-3531
FACSIMILE (503) 227-2980