DAN RAYFIELD
Attorney General
THOMAS H. CASTELLI  #226448
AUSTIN D. SAYLOR #085614
Senior Assistant Attorneys General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  thomas.castelli@doj.oregon.gov
           austin.saylor@doj.oregon.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| RIGHT TO VOTE ON THE GAS TAX PAC, an Oregon political action committee; VIRGINIA HALL, an individual, MICHAEL FIRESTONE, an individual; PAUL RUMMELL, an individual; BEN ROCHE, an individual; JANE DOES individually; and JOHN DOES, individually,<br><br>Plaintiffs,<br><br>v.<br><br>TOBIAS READ, in his official capacity as the Secretary of the State for the State of Oregon,<br><br>Defendant. | Case No.  3:26-cv-00515-IM<br><br>STIPULATION OF DISMISSAL |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Right to Vote on

the Gas Tax PAC, Virginia Hall, Michael Firestone, Paul Rummel, and Ben Roche and

Defendant Tobias Read, in his official capacity as Oregon Secretary of State, by and through

Page 1 -    STIPULATION OF DISMISSAL
           TC3/sv3/1017024361

their counsel of record, hereby stipulate that all claims in this action are hereby dismissed with

prejudice. Each party shall bear its own costs, attorneys' fees, and expenses.

DATED April 16 , 2026.

Respectfully submitted,

DAN RAYFIELD
Attorney General


   *s/ Thomas H. Castelli*
THOMAS H. CASTELLI #226448
AUSTIN D. SAYLOR #085614
Senior Assistants Attorney General
Trial Attorneys
Tel (971) 673-1880
Fax (971) 673-5000
thomas.castelli@doj.oregon.gov
austin.saylor@doj.oregon.gov
Of Attorneys for Defendant


KELL, ALTERMAN & RUNSTEIN, L.L.P.


BY  *s/ Julie Parrish*
JULIE PARRISH #233864
jparrish@kelrun.com
THOMAS R. RASK, III #934031
trask@kelrun.com
520 SW Yamhill St. Ste. 600
Portland, OR 97204
Telephone:  (503) 222-3531
Fax (503) 227-2980
Of Attorneys for Plaintiffs

Page 2 -   STIPULATION OF DISMISSAL
TC3/sv3/1017024361